AEE

**FILED**
**DECEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7240**

In the Matter of

WILLIAM E. DUGAN, et al.
    v.
DUNN RITE LANDSCAPING, INC.
an Illinois corporation

Case Number:

**JUDGE NORGLE**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILLIAM E. DUGAN, et al., Plaintiffs herein

| NAME (Type or print) |
| --- |
| Patrick N. Ryan |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Patrick N. Ryan |

| FIRM |
| --- |
| Baum Sigman Auerbach & Neuman, Ltd. |

| STREET ADDRESS |
| --- |
| 200 W. Adams Street, Suite 2200 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6278364 | 312/236-4316 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |