AEE

**FILED**
**DECEMBER 27, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7240**

In the Matter of

WILLIAM E. DUGAN, et al.
   v.
DUNN RITE LANDSCAPING, INC.
an Illinois corporation

Case Number:

**JUDGE NORGLE**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
WILLIAM E. DUGAN, et al., Plaintiffs herein

| | |
|---|---|
| NAME (Type or print) | |
| Catherine M. Chapman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Catherine M. Chapman | |
| FIRM | |
| Baum Sigman Auerbach & Neuman, Ltd. | |
| STREET ADDRESS | |
| 200 W. Adams Street, Suite 2200 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606-5231 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6204026 | 312/236-4316 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |