IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 07 C 7240 |
| | ) | |
| DUNN RITE LANDSCAPING, INC., | ) | JUDGE CHARLES R. NORGLE |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO:     Mr. Michael Busch, President
        Dunn Rite Landscaping, Inc.
        6518 Joan Drive
        Belvidere, IL   61008

        NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule

41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights

of Plaintiffs.


                                                        /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: pryan@baumsigman.com
I:\MOEJ\Dunn Rite\notice of dismissal.pnr.df.wpd

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 23rd day of January 2008:

> Mr. Michael Busch, President
> Dunn Rite Landscaping, Inc.
> 6518 Joan Drive
> Belvidere, IL   61008

              /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\Dunn Rite\notice of dismissal.pnr.df.wpd